**The PEOPLE of the State of Colorado, Plaintiff-Appellee,**

v.

**William W. GODWIN, Defendant-Appellant.**

**No. 82CA0946.**

Colorado Court of Appeals, Div. III.

Sept. 29, 1983.

Rehearing Denied Nov. 10, 1983.

Certiorari Denied April 23, 1984.

---

J.D. MacFarlane, Atty. Gen., Charles B. Howe, Deputy Atty. Gen., Joel W. Cantrick, Sp. Asst. Atty. Gen., Maureen Phelan, Asst. Atty. Gen., Denver, for plaintiff-appellee.

John J. Gibbons, Denver, for defendant-appellant.

KELLY, Judge.

Defendant, William Godwin, was convicted by a jury of manslaughter in the shooting death of his wife. At the time of sentencing Godwin introduced considerable evidence establishing his good character and requested a probationary sentence. After expressly considering all the circumstances and available evidence, the trial court sentenced Godwin to a term of two and one-half years. On appeal Godwin argues that the trial court abused its discretion in refusing to grant a probationary sentence and seeks appellate review of that decision and a remand for reconsideration. We dismiss the appeal.

Appellate review of trial court judgments granting or denying probation is statutorily proscribed. Section 16–11–101, C.R.S.1973 (1978 Repl.Vol. 8), declares that: "The granting or denial of probation and the

conditions of probation shall not be subject to appellate review unless probation is granted contrary to the provisions of this title." *See also* § 18–1–409, C.R.S.1973 (1978 Repl.Vol. 8); C.A.R. 4(c)(2)(IV). Hence, we may not review the denial of Godwin's application for probation.

Appeal dismissed.

BERMAN and TURSI, JJ., concur.